NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


REBECCA A. SCHWARTZ,                )
                                    )
            Petitioner,             )
                                    )
v.                                  )        Case No. 2D18-3406
                                    )
JAMES A. SCHWARTZ, as               )
Administrator Ad Litem for the Estate )
of Steven P. Schwartz, deceased,    )
                                    )
            Respondent.             )
_____)

Opinion filed February 1, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Pinellas County; Patricia A.
Muscarella, Judge.

Nancy S. Paikoff and Andrew M.
Brown of Macfarlane Ferguson &
McMullen, Clearwater, for Petitioner.

Stephen A. Barnes of Barnes Trial
Group, Tampa, for Respondent.


PER CURIAM.


            Denied.


KELLY, KHOUZAM, and LUCAS, JJ., Concur.